

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00219-CR

## IN RE BALTASAR D. CRUZ

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Baltasar D. Cruz's application for writ of mandamus is denied.  His emergency motion to stay proceedings is dismissed as moot.


PER CURIAM

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition denied
Opinion delivered and filed July 13, 2009
[OT06]